IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SAMUEL PAINTER,[1] | § | |
| | § | |
| Respondent Below- | § | No. 263, 2016 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Family Court |
| | § | of the State of Delaware |
| LOUISE PAINTER, | § | |
| | § | File No. CN14-02909 |
| Petitioner Below- | § | Petition No.  15-05808 |
| Appellee. | § | |
| | § | |

Submitted: March 24, 2017
Decided: May 31, 2017

Before **STRINE**, Chief Justice; **VAUGHN**, and **SEITZ**, Justices.

## **ORDER**

This 31st day of May 2017, the Court, having considered this matter on the basis of the parties' briefs and the record below, has concluded that the same should be affirmed on the basis of and for the reasons assigned by the Family Court in its well-reasoned custody order dated April 28, 2016.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice

---

[1] The Court assigned pseudonyms to the parties in accordance with Supreme Court Rule 7(d).